THE PEOPLE, Plaintiffs in Error, *v.* JOHN PURCELL, Defendant in Error.

(Argued September 15, 1871; decided January 16, 1872.)

THE prisoner, John Purcell, was indicted for homicide of the degree of murder, first degree, for shooting William Kiernan with a pistol, in the city of New York, on the 24th day of May, 1869, and tried at the February term of the Court of General Sessions. He was convicted of murder in the first degree, and sentenced to be executed. A writ of error and stay of execution was obtained, and the Supreme Court, upon review of the case, reversed the judgment and ordered a new trial, that court holding that the evidence did not warrant the verdict of the jury, but showed that the homicide was committed in the heat of passion, without premeditation, and was manslaughter and not murder.

*S. B. Garvin* for plaintiffs in error.

*W. F. Kintzing* for defendant in error.

GROVER reads opinion for reversal of order of Supreme Court and affirming judgment of Sessions. FOLGER concurs. CHURCH, Ch. J., ALLEN, PECKHAM and RAPALLO, JJ., agree to affirm order of Supreme Court.

Order affirmed.

---

KATY JONES, Respondent, *v.* THE NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

(Argued December 18, 1871; decided January 16, 1872.)

*G. M. Devin* for appellant.

*M. M. Mead* for respondent.

Agree to affirm—FOLGER and ALLEN, JJ., dissenting. No opinion.